■ SHAWN HOUGHTALING, an Infant, by His Father and Natural Guardian, RONALD HOUGHTALING, et al., Appellants, v TOWN OF HORNELLSVILLE, Defendant, and BARBARA MONAGHAN et al., Respondents. (Appeal No. 1.) [750 NYS2d 549] —Appeal from that part of an order of Supreme Court, Steuben County (Latham, J.), entered May 21, 2001, that ordered plaintiffs' attorneys to pay defendants Barbara Monaghan and Lauren Monaghan $750, as a sanction.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest.*

*v Pardi* [appeal No. 1], 162 AD2d 985). Present—Green, J.P., Wisner, Hurlbutt, Burns and Gorski, JJ.